United States District Court
Southern District of Texas
**ENTERED**
June 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL ACTION NO. H-24-224 |
| ENRIQUE ROBERTO "HENRY" CUELLAR<br>IMELDA RIOS CUELLAR | § § | |

**O R D E R**

The defendants and the government filed unopposed motions for a continuance, (Docket Entry Nos. 45 and 46). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motions for continuance are granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | December 13. 2024 |
| Responses are to be filed by: | January 13, 2025 |
| Replies are to be filed by: | February 7, 2025 |
| Motions in Limine are to be filed by: | February 18, 2025 |
| Copies of Government exhibits, witness lists and exhibit lists are to be provided by: | February 18, 2025 |
| Copies of Defendants exhibits, witness lists and exhibit lists are to be provided by: | March 4, 2025 |
| Interim Pretrial conference is set to: | **December 6, 2024 at 8:45 a.m.** |
| Final Pretrial conference is reset to: | **March 17, 2025 at 10:00 a.m.** |
| Jury trial and selection are reset to: | **March 31. 2025 at 9:00 a.m.** |

*CIPA Deadlines*

| | |
|---|---|
| Government's CIPA § 4 MOTION will be filed by | September 30, 2024 |
| Defendant's CIPA § 5 NOTICE will be filed by | January 21, 2025 |
| Government's CIPA § 6A MOTION will be filed by | February 18, 2025 |

SIGNED on June 7, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge