April 25, 2025

Attn:
US District Court for The Southern District of Texas
Houston Division

Ref:
Criminal No. 4:24-cr-00224

United States of America
       vs
Enrique Robert "Henry" Cuellar
and
Imelda Rios Cuellar

United States Courts
Southern District of Texas
FILED

MAY 0 1 2025

Nathan Ochsner, Clerk of Court

I am writing out of concern regarding the request/motion by the accused to have a Jury Trial and to have it moved to Laredo, TX.

I feel that justice will not be served by doing so because Henry Cuellar is a native of Laredo, TX and most all of the people there Love, Love, Love him and think he could not do wrong. They also love his wife Imelda. Of course they know this and that's why they want the Trial moved there. It would be a very biased jury in his favor.
I think it should be kept in Houston, TX.

If you want to grant him a jury Trial I see no harm in that as long as it is keep in Houston, TX.
If you move it to Laredo, TX then your entire case was for nothing because I assure you the people on a jury in Laredo will find him & his wife innocent to matter what evidence you present.

Sincerely,
A Concerned Citizen
S. Elles



Ellis
302 Crane Ave
San Antonio, TX 78214

U.S District Court
515 Rusk Ave
Houston, TX 77002

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
28 APR 2025 PM 3 L

United States Courts
Southern District of Texas
FILED

MAY 01 2025

Nathan Ochsner, Clerk of Court

77002-262359