UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § **v.** § § **ENRIQUE ROBERTO "HENRY"** § **CUELLAR and IMELDA RIOS** § **CUELLAR,** § § **Defendants.** § | No. 4:24-cr-224 |

### GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The United States hereby provides notice that former Deputy Chief Marco A. Palmieri is no longer counsel of record in this matter, and requests that he be removed from the docket of this case. The undersigned counsel will continue to serve as counsel of record for the United States of America.

Dated: May 21, 2025                                     Respectfully submitted,

EDWARD P. SULLIVAN                         JENNIFER KENNEDY GELLIE
Acting Chief                                                  Chief
Public Integrity Section                              Counterintelligence and Export Control Section
Criminal Division                                         National Security Division
U.S. Department of Justice                        U.S. Department of Justice

By: /s/ Aaron L. Jennen                              By: /s/ Garrett Coyle
Aaron L. Jennen                                            Garrett Coyle
Rosaleen O'Gara                                           Attorney for the United States
Celia Choy
Attorneys for the United States

**CERTIFICATE OF SERVICE**

    I certify that I filed this motion via the CM/ECF system on May 21, 2025, which caused the motion to be electronically served on all counsel of record.

                                                 */s/ Aaron L. Jennen*
                                                 Aaron L. Jennen