United States District Court
Southern District of Texas

**ENTERED**

June 12, 2025

Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **Case No. 4:24-cr-00224** |
| | § | |
| **ENRIQUE ROBERTO "HENRY"** | § | |
| **CUELLAR and IMELDA RIOS** | § | |
| **CUELLAR** | § | |

## ORDER ON
## DEFENDANT ENRIQUE ROBERTO "HENRY" CUELLAR'S
## MOTION FOR LEAVE TO FILE
## <u>ADDITIONAL PRETRIAL MOTIONS</u>

Defendant Enrique Roberto "Henry" Cuellar has filed a Motion for Leave to File Additional Pretrial Motions. The Court is of the opinion that the motion should be granted.

SIGNED at Houston, Texas, on *June 10, 2025* .

LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE