UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal Action No. 4:24-cr-00224 |
| § | |
| ENRIQUE ROBERTO "HENRY" § | |
| CUELLAR AND IMELDA RIOS CUELLAR § | |

**ORDER GRANTING**
**DEFENDANTS' UNOPPOSED**
**MOTION FOR EXTENSION OF TIME**

Enrique Roberto "Henry" Cuellar and Imelda Rios Cuellar filed an Unopposed Motion for Extension of Time. (Docket Entry No. 130). After consideration, the motion is granted. It is, therefore,

ORDERED that the deadline for defendants to provide notice of their intention to assert the advice-of-counsel defense is extended to August 14, 2025. It is further

ORDERED that the deadline for defendants to produce documents that the defendants know they will rely on in asserting the advice-of-counsel defense is extended to August 14, 2025.

SIGNED on  August 13 , 2025, at Houston, Texas.

Hon. Lee H. Rosenthal
Senior United States District Judge