Case 4:24-cr-00224   Document 163   Filed on 12/11/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 13, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| v. § | CRIMINAL ACTION NO. H-24-224 |
| § | |
| ENRIQUE ROBERTO "HENRY" § | |
| CUELLAR and IMELDA RIOS § | |
| CUELLAR, § | |
| § | |
| Defendants. § | |

# ORDER

On December 2, 2025, the President of the United States "Pardon[ed]" Enrique Roberto "Henry" Cuellar and Imelda Rios Cuellar for their alleged "Offences against the United States." U.S. CONST., art. II, § 2, cl. 1. The pardon is "Full and Unconditional" and "[f]or those offenses" alleged in this case. President Donald J. Trump, Executive Grant of Clemency, at 1 (Dec. 2, 2025), https://www.justice.gov/pardon/media/1419976/dl?inline.

Based on this pardon, Imelda Cuellar moved to dismiss the indictment against her. (Docket Entry No. 162). The United States does not oppose the motion. The motion to dismiss is granted. The indictment is dismissed. The court will enter separately a final judgment in her favor. This order does not dismiss the indictment against Henry Cuellar, over whom this court does not have jurisdiction due to his pending interlocutory appeal. (*See* Docket Entry Nos. 145, 153).

SIGNED on December 11, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge