United States District Court
Southern District of Texas
**ENTERED**
December 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ENRIQUE ROBERTO "HENRY" CUELLAR and IMELDA RIOS CUELLAR,<br><br>Defendants. | §<br>§<br>§<br>§<br>§ CRIMINAL ACTION NO. H-24-cr-224<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

On December 2, 2025, the President of the United States "Pardon[ed]" Enrique Roberto "Henry" Cuellar and Imelda Rios Cuellar for their alleged "Offences against the United States." U.S. CONST., art. II, § 2, cl. 1.  The pardon is "Full and Unconditional" and "[f]or those offenses" alleged in this case.  President Donald J. Trump, Executive Grant of Clemency, at 1 (Dec. 2, 2025), https://www.justice.gov/pardon/media/1419976/dl?inline.

Based on this pardon, Henry Cuellar moved to dismiss the indictment against him.  (Docket Entry No. 168).  The United States does not oppose the motion.  The motion to dismiss is granted.  The indictment is dismissed.  The court will enter separately a final judgment in his favor.

SIGNED on December 23, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge